## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GEORGE MARTIN, | : | No. 112 MM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JUDGE MERRILL SPAHN AND CLERK OF COURT MARY ANATER, | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2023, the Application for Leave to File Original Process is GRANTED, and the "Petition for Extraordinary Relief" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.